UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br>    v. ) <br> ) <br> JOSE FERNANDEZ, ) <br> ) <br> Defendant ) <br> _____) | 1:01-cr-5391 OWW <br><br> ORDER OF COMMITMENT FOR <br> ADDITIONAL PSYCHIATRIC TREATMENT |

The above-named defendant was committed to the custody of the Attorney General for observation and report as to his ability to adequately proceed to trial.

Upon review of the report of the institution, it is hereby ordered that JOSE FERNANDEZ, be committed to the custody of the Attorney General pursuant to 18 USC 4241(d) for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the forseeable future he will attain the capacity to permit the trial to proceed.

The Court further directs that the defendant may be treated involuntarily with psychotropic drugs as deemed necessary by the facility.

Dated: May 11, 2005                 /s/ OLIVER W. WANGER
                                    _____
                                    OLIVER W. WANGER
                                    United States District Judge

1