QUIN DENVIR, Bar #49374
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 01:01cr05391 OWW |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER FOR EVALUATION PURSUANT TO 18 USC SECTION 4246(a) |
| v. | ) ) | |
| JOSE FERNANDEZ, | ) ) | Judge: Hon. Oliver W. Wanger |
| Defendant. | ) ) ) | |

## PROPOSED ORDER

_____The above-named defendant was committed to the custody of the Attorney General for observation and report as to his ability to adequately proceed to trial.

Upon review of the report of the institution, and the request of counsel, it is hereby ordered that JOSE FERNANDEZ be committed to the custody of the Attorney General at Butner, North Carolina, pursuant to 18 USC § 4246(a) for such a reasonable time, not to exceed forty-five days, as is necessary to determine whether he is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

The Court further directs that the defendant may be treated involuntarily with psychotropic drugs as deemed necessary by the facility.

///

1  It is further ordered that a psychiatric examination be conducted and be filed with the court
2  pursuant to 18 USC §§ 4247(b) and (c).
3  DATED: December 16    , 2005
4                                       /s/Oliver W. Wanger
5                                       OLIVER W. WANGER, Judge
                                        United States District Court
6                                       Eastern District of California

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28