```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JOSE FERNANDEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:01-cr-05391 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO ADVANCE MOTIONS HEARING; AND PROPOSED ORDER THEREON |
| v. | ) ) | |
| JOSE FERNANDEZ, | ) ) | Date:  August 29, 2006 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the motions hearing in the above captioned matter now scheduled for September 12, 2006, **may be advanced to August 29, 2006 at 9:00 a.m.**

The ground for the continuance is that it is in the best interest of the parties to proceed to hearing, at this time.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of

///
///
///
///
///
///

justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

|  |  |
|---|---|
|  | McGREGOR M. SCOTT<br>United States Attorney |
| DATED: August 22, 2006 | By  /s/ Mark E Cullers<br>MARK E. CULLERS<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: August 22, 2006 | By  /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE FERNANDEZ |

**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   August 22, 2006**           /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE