DANIEL J. BRODERICK, #89424
Federal Defender
Melody M. Walcott, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE FERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:01-cr-05391OWW |
| Plaintiff, ) | ORDER REGARDING RELEASE PURSUANT TO 18 U.S.C. SECTION 4247(h) |
| v. ) | |
| JOSE FERNANDEZ, ) | Judge: Hon. Oliver W. Wanger |
| Defendant. ) | |

**ORDER FOR RELEASE PURSUANT TO 18 U.S.C. § 4247(h)**

A hearing was held on August 29, 2006, on the defendant's motion for release pursuant to 18 U.S.C. § 4247(h). The Court made the following findings:

The government in its response expressed no opposition to the motion.

Jose Fernandez continues to suffer from paranoid schizophrenia.

The mental health report evaluation from Butner FCC (Medical), Butner, North Carolina, found that Jose Fernandez was not a substantial risk of bodily injury to another person, or serious damage to the property of another, and Mr. Fernandez is not suffering from any mental illness to the extent that he is a danger to himself or others.

Upon consideration of the motion, memorandum of points and authorities, the government's

///

///

response, and the argument of counsel

**IT IS HEREBY ORDERED**

That defendant Jose Fernandez is released pursuant to 18 U.S.C. § 4247(h);

That a copy of the mental health evaluation from Butner FCC, Butner, North Carolina dated June 15, 2006, is attached to this order under seal and made a part of the record herein; and

That defendant Jose Fernandez is ordered to appear in this court on **September 12, 2006 at 9:00 A.M. for a status conference in the above-captioned case.**

DATED:  August   29   , 2006

/s/ OLIVER W. WANGER

OLIVER W. WANGER, Judge
United States District Court
Eastern District of California

Order Regarding Release Pursuant to
18 U.S.C. §4247(h)