McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
SEP 1 1 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:01CR05391 OWW |
| ) | |
| Plaintiff, ) | MOTION AND ORDER TO DISMISS |
| v. ) | INDICTMENT |
| ) | |
| JOSE FERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The United States, by and through its undersigned counsel, hereby moves to dismiss the above-captioned Indictment, with prejudice, in the interests of justice.

Dated: September 8, 2006        Respectfully submitted,

                                McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY

                                By:_____/s/_____
                                   MARK E. CULLERS
                                   Assistant United States Attorney

1
2  IT IS SO ORDERED.
3  9-12-06
4  _____
   Hon. Oliver W. Wanger
   U.S. District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28